**Order entered October 13, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00540-CR
No. 05-16-00541-CR

**JAAIBER DENZEL RANDALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-52855-L & F16-52856-L**

## ORDER

By letter dated October 5, 2016, the Court notified appellant that his attorney had filed an *Anders* brief. We notified appellant of his right to file a pro se response and that any such response would be due November 15, 2016. The Court now has before it appellant's October 10, 2016 pro se request for an extension of time to file his response. The request is dated October 4, 2016 but does not reference this Court's letter or the November 15, 2016 deadline. Thus, it appears this extension request is in response to counsel's correspondence rather than this Court's October 5, 2016 letter.

Nevertheless, we **GRANT** appellant's request for an extension of time to file his pro se response to the extent that any pro se response is due by **NOVEMBER 30, 2016**. If the pro se

response is not received by that date, we will submit the appeals on the *Anders* brief filed by counsel.

/s/     LANA MYERS
JUSTICE